**Order entered October 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00246-CV

**THE UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER, Appellant**

**V.**

**VERBA KLINGSICK,  ET AL., Appellees**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07946**

## ORDER

We **REINSTATE** this appeal.

We **GRANT** the parties' October 19, 2015 motion to abate the appeal.  We **ABATE** the appeal for **SIXTY DAYS**.  The appeal will be reinstated sixty days from the date of this order or on motion of either party, whichever occurs sooner.

/s/     ELIZABETH LANG-MIERS
           JUSTICE